**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Rachel Jones Conner
Attorney At Law
3015 Magazine Street
New Orleans LA 70115

Jill Pasquarella
La. Center  Children's Right's
1100-B Milton Street
New Orleans La 70122

Annie Flanagan
La. Ctr for Children's Rights
1100-B Milton Street
New Orleans LA 70122

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 23, 2021

**REHEARING ACTION: June 23, 2021**

**Docket Number: 21   00215-KW**

**STATE OF LOUISIANA**
**VERSUS**
**PHILLIP SCHANE**

**Writ Application from Iberia Parish Case No. 29,973 B**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Shannon J. Gremillion**
   **Hon. John E. Conery**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Phillip Schane** is:

   **REHEARING DENIED**.  Relator's application for rehearing fails to raise a
   new issue and the court's prior instruction that the trial court resentence
   Relator inherently requires the trial court to determine what sentences it
   may legally impose.

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent
    W. Claire Howington, Counsel for  the Respondent